UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DONALD HENRIQUEZ AND ANTONIA CHAVEZ § § § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:17-CV-527-FB |
| § | |
| THE TRAVELERS HOME AND MARINE INSURANCE COMPANY AND KATE COFIELL § § § § | |
| Defendants § | |

## STIPULATION OF DISMISSAL

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii). Each party to bear its own costs and fees.

Dated this 20th day of March 2018.


**ADAMI, SHUFFIELD, SCHEIHING & BURNS, P.C.**
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone: (210) 344-0500
Facsimile: (210) 344-7228
bscheihing@adamilaw.com


By: ROBERT F. SCHEIHING
ROBERT F. SCHEIHING
State Bar No. 17736350

**ATTORNEY FOR DEFENDANTS**

**MOSTYN LAW**
3810 West Alabama Street
Houston, Texas 77027
Telephone: (713) 866-5782
Facsimile: (713) 714-1111
gfcdocketefile@mostynlaw.com


By: /s/ Gregory F. Cox
GREGORY F. COX
State Bar No: 00793561

**ATTORNEY FOR PLAINTIF**